UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DWIGHT R. MCDOWELL,

          Plaintiff,

-vs-                                            Case No. 6:08-cv-1846-Orl-28DAB

UNITED SERVICES CO., MARIA
VICTORIA BETANCOURT, PABLO A.
MALANGA,

          Defendants.
_____

# ORDER

This case is before the Court on Plaintiff's Application to Proceed In Forma Pauperis (Doc. No. 2) filed October 30, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be denied without prejudice.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's Responses and Full Compliance with Court Order ("Response")(Doc. 4), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed November 5, 2008 (Doc. No. 3) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Application to Proceed In Forma Pauperis (Doc. No. 2) is denied without prejudice.

    3.    Plaintiff acknowledges in his Response that he will submit his claim(s) to the EEOC and the Florida Commission on Human Relations and asks that his case be

dismissed without prejudice. Accordingly, this case is dismissed without prejudice and the Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _10_ day of December, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party